708

sistant District Attorney, *Edwin D. Strite,* First Assistant District Attorney, and *John R. Walker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Conrad, Appellant.

Submitted April 14, 1975. *Harry E. Knafelc,* Assistant Public Defender, and *John J. Ross,* Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Davis, Appellant.

opinion by THOMAS, J. Submitted April 14, 1975. *Charles D. Lemme,* for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Drumgold, Appellant.

Submitted March 24, 1975. *Cecil B. Moore,* for appellant; *Neil Kitrosser, Mark Sendrow,* and *Steven H. Goldblatt,*